**Order entered October 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00485-CR

### AREON TREVON MCDADE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-35368-N**

## ORDER

Before the Court is appellant's October 24, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 25, 2019. If appellant's brief is not filed by November 25, 2019, this appeal may be abated for the trial court to make findings in accordance with the rule 38.8. *See* TEX. R. APP. P. 38.8(b).

/s/    BILL PEDERSEN, III
        JUSTICE